UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HIIREEN AZIZI JONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-2039-X-BT |
| | § | |
| LEW STERRITT COUNTY JAIL, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE <u>UNITED STATES MAGISTRATE JUDGE</u>

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 11). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES WITH PREJUDICE** the case. The dismissal of this case will count as Plaintiff's third "strike" for purposes of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED** this 11th day of June, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1